UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 17-60586-CIV-DIMITROULEAS

**THOMAS DIETZ**,

    *Plaintiff*,

vs.

**GULFSTREAM PARK RACING ASSOCIATION, INC. d/b/a GULFSTREAM PARK RACING AND CASINO**, a Florida profit corporation,

    *Defendant*.

_____/

## NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, THOMAS DIETZ, and Defendant, GULFSTREAM PARK RACING ASSOCIATION, INC. d/b/a GULFSTREAM PARK RACING AND CASINO, by and through their respective counsel, hereby provide notice to the Court that a settlement in this case was reached. To follow this Notice, counsel of record will provide the Court an appropriate dismissal by May 29, 2017.

Dated: May 18, 2017.

Respectfully submitted,

**WHITELOCK & ASSOCIATES, P.A.**
300 Southeast Thirteenth Street
Fort Lauderdale, Florida   33316
Tel.: (954) 463-2001 Fax: (954) 463-0410
Email: cjw@whitelocklegal.com
davidfrank@whitelocklegal.com
Counsel for Plaintiff

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK
Florida Bar No. 067539
DAVID S. FRANK
Florida Bar No. 93906

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 18, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day via e-mail on: Steven M. Parrish, Esq. (sparrish@smparrishlaw.com), Steven M. Parrish, P.A., 330 Clematis Street, Suite 207, West Palm Beach, FL 33401.

                                                  s/Christopher J. Whitelock
                                                  CHRISTOPHER J. WHITELOCK