UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60586-CIV-DIMITROULEAS

THOMAS DIETZ,

    Plaintiff,

v.

GULFSTREAM PARK RACING ASSOCIATION,
INC. d/b/a GULFSTREAM PARK RACING AND
CASINO, a Florida profit corporation,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT; DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [DE 11], filed herein on May 25, 2017. The Court has carefully considered the Motion and the attached Settlement Agreement [DE 11-1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion to Approve Settlement [DE 11] is **GRANTED**;

2. The parties' Settlement Agreement is hereby **APPROVED**;

3. This case is **DISMISSED** with prejudice;

4.  The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 30th day of May, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record